# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSE MANUEL OLIVE, *et al.*,               )
                                           )
       Plaintiffs,                  )
                                           )
v.                                         )    Civil Action No. 17-45 (UNA)
                                           )
MARY LOU ROBINSON, *et al.*,               )
                                           )
       Defendants.                  )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiffs' application to proceed *in forma pauperis* and their *pro se* civil complaint.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiffs Jose Manuel Olive, Vincent Dale Ross, and Dyrian Strong are in the custody of the Texas Department of Criminal Justice and are serving their prison sentences at the Neal Unit in Amarillo, Texas. They appear to allege violations of rights protected under the First and Fourteenth Amendments to the United States Constitution, yet so few facts are alleged that neither the Court nor the defendants reasonably could determine which claim(s) the plaintiffs bring against which defendant(s). Because the complaint fails to meet the standard set forth in Rule 8(a), the Court will dismiss it without prejudice.

In addition, the Court will grant Vincent Dale Ross's application to proceed *in forma pauperis*. He is the only one of the three plaintiffs who submitted a certified copy of his trust fund account statement, including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, as is required under 28 U.S.C. § 1915(a)(2). The applications of Jose Manuel Olive and Dyrian Strong will be denied, and these plaintiffs will be dismissed as parties in this action. Lastly, the Court will deny the Motion for Interlocutory Findings of Fact and Conclusions of Law Addressing Constitutional and Federal Question filed by Jose Manuel Olive.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 8/25/17

_____
United States District Judge